February 17, 2009

Ms. Lisa Powell
Atlas & Hall, L.L.P.
P. O. Box 3725
McAllen, TX 78502-3725

Mr. J. Scott McLain
Reed McLain & Guerrero, LLP
3900 N. 10th St., Ste. 850
McAllen, TX 78501
Honorable Noe Gonzalez
370th District Court
100 N. Closner, 2nd Floor
Edinburg, TX 78539

Mr. Richard G. Roth
Law Offices of Richard G. Roth
700 Padre Blvd. Suite M
PO BOX 40082
South Padre Island, TX 78597

RE: Case Number: 09-0131
 Court of Appeals Number: 13-09-00054-CV
 Trial Court Number: C-1186-04-G

Style: IN RE SCI TEXAS FUNERAL SERVICES, INC. DBA HIGHLAND MEMORIAL
 PARK; AND SERVICE CORPORATION INTERNATIONAL

Dear Counsel:

 The Supreme Court of Texas granted Relators' Motion for Temporary
Relief and for Expedited Consideration Thereof and issued the enclosed stay
order in the above-referenced case. The Court requests that real parties
in interest file a response to the petition for writ of mandamus in the
above-referenced case. The response is due to be filed in this office no
later than 3:00 p.m., February 27, 2009. PLEASE NOTE Tex. R. App. P.
9.2(b), does not apply. There is no filing fee associated with this
requested response.
 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Laura Hinojosa|